60,852-08

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 3 2015

Abel Acosta. Clerk

From: Charles Bunton
　　　Allred Unit #1143771
　　　2101 FM 369 N,
　　　Iowa Park, TX 76367

March 25, 2015

To: Ct. Crim. Appeals of Texas

Dear Clerk:

The Court of Appeals, 3rd District at Austin, Texas wrongly affirmed my conviction on direct appeal. Did you receive my 11.07 Habeas Corpus Application Cause Number: D-1-DC-02-9024242-G, from Velva L. Price, District Clerk, Travis County? This 11.07 app. was received and filed on FEBRUARY 19, 2015 and bears the above cause number.

I have not received acknowledgement from the CCA Clerk notifying me that it was filed in that Court. Any reply would be appreciated, regarding this matter.

Sincerely,
Charles Bunton,
11.07 Applicant